

ORIGINAL

FILED

08/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 22-0004

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 22-0004

_____

IN RE THE PETITION OF
AUSTIN WALLIS

FILED

AUG 3 0 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

_____

     Austin Wallis has petitioned this Court for admission to active status in the State Bar of Montana after having been on inactive status since May 2022.

     IT IS ORDERED that upon payment of the appropriate fees to the State Bar of Montana, Petitioner shall be admitted to the active practice of law in the state of Montana.

     The Clerk is directed to provide copies of this Order to Petitioner and to the State Bar of Montana.

     DATED this 30 day of August, 2022.

For the Court,

By /s/ _____
Chief Justice